UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENELLA LESHAE HARDY,

    Petitioner,

vs.                                 Case No.: 5:22cv153-TKW-MAF

RICKY D. DIXSON, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner is not entitled to habeas relief and that her §2254 habeas petition should be denied without an evidentiary hearing. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Petitioner's §2254 habeas petition is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 11th day of September, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**